# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0321. HOPKINS v. THE STATE.

On December 20, 2016, Seth Hopkins filed an application for discretionary review from the trial court's November 22, 2016 order modifying the terms of his probation. See Case No. A17D0215. On January 9, 2017, this Court granted the application pursuant to OCGA § 5-6-35 (j), because the order modifying probation was directly appealable.

The record in this case shows, however, that, on April 11, 2017 (while this appeal was pending), the trial court found that Hopkins had committed further violations of his probation. The court adjudged Hopkins guilty of the offense for which he had received probation, revoked Hopkins' probation, and sentenced him to serve the remainder of his sentence (one year and six months) in prison.

Under these circumstances, we conclude that the instant appeal is moot. "Mootness is a jurisdictional matter. When the remedy sought in litigation no longer benefits the party seeking it, the case is moot and must be dismissed." (Citations and punctuation omitted.) *Jayko v. State*, 335 Ga. App. 684, 685 (782 SE2d 788) (2016). See also OCGA § 5-6-48 (b) (3) (An appeal shall be dismissed "[w]here the questions presented have become moot."). Accordingly, this appeal is DISMISSED as MOOT.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/27/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*